1408

## RECONSIDERATION DOCKET

**95–840.** State ex rel. Williams v. Gaul. *Cuyahoga County,* No. 68347. Reported at 72 Ohio St.3d 1546, 650 N.E.2d 1366. On motion for reconsideration. IT IS ORDERED by the court that the motion for reconsideration of this court's dismissal for want of prosecution be, and is hereby, denied.